AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00125 |
| Jack Westly Ryan | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 4/9/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| _Defendant_ | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Jack Westly Ryan,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Buildings or Grounds.

Date:   04/09/2024

_Issuing officer's signature_   Zia M. Faruqui

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date)  4/9/2024 , and the person was arrested on (date)  4/10/2024
at (city and state)  Kansas City, MO                                                          @84 SA

Date:  4/10/2024

_Arresting officer's signature_

Amy L Ramsey
_Printed name and title_